IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 22-11068 (KBO) |
| CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>**Plaintiff,**<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>**Defendants.** | Adv. Pro. No. 24-50197 (KBO) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Farmington State Corporation, FBH Corporation, and Mr. Jean Chalopin (collectively "**Defendants**") hereby submit this Motion to Dismiss (the "**Motion**") and respectfully request that the Court dismiss the complaint filed as Adversary Proceeding No. 24-50197 (the "**Complaint**") in the above-captioned bankruptcy case. In support of this Motion, Defendants also submit an accompanying brief (the "**Supporting Brief**").

The Court should dismiss the Complaint due to the following fatal pleading deficiencies: (1) the Complaint does not contain sufficient facts to establish the Court's personal jurisdiction over Jean Chalopin ("**Mr. Chalopin**") and the claims raised against him, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure (the "**Civil Federal Rules**"); (2) the Complaint does not contain sufficient facts to establish the Court's personal

jurisdiction over Mr. Chalopin pursuant to Rule 7004(d) of the Bankruptcy Rules of Federal Procedure (the "**Bankruptcy Rules**"); (3) the Complaint fails to state a claim for relief pursuant to Civil Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012 against Mr. Chalopin; (4) the Complaint fails to state a claim for relief pursuant to Civil Federal Rule 12(b)(6), made applicable by Bankruptcy Rule 7012 against Farmington State Corporation and FBH Corporation; and (5) even if the Court determines that it has personal jurisdiction over Mr. Chalopin regarding the bankruptcy-related claims, the Court should dismiss these claims against *all* Defendants because, as detailed in Defendants' Supporting Brief, the subject transfer is unavoidable because it falls under the safe harbor provision under § 546(e) of the Bankruptcy Code.

## RESERVATION OF RIGHTS

Defendants expressly reserve any other rights available to them, collectively and individually. If it is determined that the Court lacks the authority to enter final orders or judgments in the above-captioned adversary proceeding, consistent with Article III of the United States Constitution, Defendants do not consent to entry of final orders or judgments by the Court. Furthermore, the filing of this Motion does not and is not intended to waive any of the following: (a) Defendants' right to contest the subject matter, personal jurisdiction, or venue of this Bankruptcy Court with respect to Friedberg; (b) Defendants' right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; and (c) Defendants' right to have the reference withdrawn by a United States District Court in any matter subject to mandatory or discretionary withdrawal; and (d) Defendants' the right to a jury trial on any and all claims and counterclaims.

Accordingly, this Motion should not be construed as a waiver of the rights mentioned above or any other rights available to Defendants collectively and individually.

**WHEREFORE**, Defendants respectfully request entry of an order in the form attached to this Motion as **Exhibit A** that (a) grants Defendants' Motion to Dismiss; (b) dismisses the Complaint filed in Adv. Pro. No. 24-50197, with prejudice; and (c) grants Defendants any other relief the Court deems just and appropriate.

Dated: April 18, 2025
      Wilmington, Delaware

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com

      - and –

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Ty Kelly Cronin (*pro hac vice*)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1049
tykelly@bakerdonelson.com

Destiney Parker-Thompson (Del. Bar. No. 7479)
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
Telephone: (984) 844-7900
dparkerthompson@bakerdonelson.com

    *Attorneys for Defendants*