# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>                    Plaintiff,<br><br>v.<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, f/k/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>                    Defendants. | Adv. Pro. No. 24-50197 (KBO) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR NOVEMBER 13, 2025 AT 9:30 A.M. (ET), BEFORE THE HONORABLE KAREN B. OWENS, CHIEF JUDGE AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801</u>**

> **This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063 respectively. Due to the large number of debtor entities in these Chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

**Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADVERSARY MATTER GOING FORWARD:**

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint [*FTX Recovery Trust v. Farmington State Corporation, et al.*, Adv. No. 24-50197 - Adv. D.I. 27, filed on April 18, 2025]

    Response Deadline: May 13, 2025

    Responses Received:

    A. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the First Amended Complaint [Adv. D.I. 35, filed on May 13, 2025]

    Related Documents:

    A. Amended Complaint [Adv. D.I. 21, filed on March 17, 2025]

    B. Defendants' Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 28, filed on April 18, 2025]

    C. Defendants' Reply to Plaintiff's Brief Opposing Defendants' Motion to Dismiss the Amended Complaint [Adv. D.I. 37, filed on May 30, 2025]

    D. Request for Oral Argument on Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 39, filed on June 2, 2025]

    E. Notice of Completion of Briefing on Defendants' Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 40, filed on June 3, 2025]

    F. Notice of Subsequent Authority [Adv. D.I. 52, filed on July 31, 2025]

    G. Exhibit A to Notice of Subsequent Authority [Adv. D.I. 53, filed on July 31, 2025]

    H. Defendants' Response to Plaintiff's Notice of Subsequent Authority [Adv. D.I. 54, filed on August 4, 2025]

    I. Notice of Hearing [Adv. D.I. 71, filed on September 17, 2025]

    J. Notice of Filing of Exhibit "A" to Defendants' Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 74, filed on November 5, 2025]

    Status: This matter is going forward.

2. Defendants' Motion to Stay Discovery Pending a Resolution of Its Motion to Dismiss Plaintiff's Amended Complaint [*FTX Recovery Trust v. Farmington State Corporation, et al.*, Adv. No. 24-50197 - Adv. D.I. 56, filed on August 7, 2025]

   Response Deadline:  N/A

   Responses Received:

   A. Plaintiff's Opposition to Defendants' Motion to Stay Discovery [Adv. D.I. 65, filed on August 21, 2025]

   Related Documents:

   A. Contested Certification of Counsel Regarding Plaintiff's Proposed Case Management Plan and Scheduling Order [Adv. D.I. 55, filed on August 5, 2025]

   B. Contested Certification of Counsel Regarding Plaintiff's Proposed Case Management Plan and Scheduling Order [Adv. D.I. 57, filed on August 7, 2025]

   C. Defendants' Reply in Support of their Motion to Stay Discovery Pending Resolution of Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 67, filed on August 28, 2025]

   D. Notice of Completion of Briefing on Defendants' Motion to Stay Discovery Pending a Resolution of Its Motion to Dismiss Plaintiff's Amended Complaint [Adv. D.I. 69, filed on September 8, 2025]

   E. Notice of Hearing [Adv. D.I. 71, filed on September 17, 2025]

   Status: This matter is going forward.

| | |
|---|---|
| Dated: November 10, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>     cobb@lrclaw.com<br>     mcguire@lrclaw.com<br>     robertson@lrclaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Sascha N. Rand (admitted *pro hac vice*)<br>Isaac Nesser (admitted *pro hac vice*)<br>Heather Christenson (admitted *pro hac vice*)<br>295 Fifth Avenue<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>E-mail: sascharand@quinnemanuel.com<br>     isaacnesser@quinnemanuel.com<br>     heatherchristenson@quinnemanuel.com<br><br>*Counsel for the FTX Recovery Trust* |