## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>  Plaintiff,<br><br>- against -<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>  Defendants. | Adv. Pro. 24-50197 (KBO)<br><br><br><br>**Adv. Ref. No. 85** |

### STIPULATION EXTENDING PLAINTIFF'S DEADLINE TO FILE REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

WHEREAS, on January 2, 2026, Plaintiff filed its *Motion for Leave to File Second Amended Complaint* [Adv. D.I. 85] (the "Motion");

WHEREAS, on January 16, 2026, Defendants FBH Corporation and Jean Chalopin filed their *Opposition to Plaintiff's Motion for Leave to File the Second Amended Complaint* [Adv. D.I. 86];

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

2

WHEREAS, Plaintiff's deadline to file a reply in further support of the Motion (the "Reply") pursuant to rule 7007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware is January 23, 2026;

WHEREAS, the parties have agreed to extend Plaintiff's deadline to file the Reply.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree that Plaintiff's deadline to file the Reply is extended to and including January 30, 2026. This Stipulation is without prejudice to the rights of the parties to seek a further extension and/or continuance as appropriate.

[*Signature Page Follows*]

Dated: January 20, 2026

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |

/s/ *Howard W. Robertson, IV*
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
   cobb@lrclaw.com
   mcguire@lrclaw.com
   robertson@lrclaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sascha N. Rand (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
Heather Christenson (*pro hac vice*)
295 5th Avenue
New York, New York 10016
(212) 849-7000
Email: sascharand@quinnemanuel.com
isaacnesser@quinnemanuel.com
heatherchristenson@quinnemanuel.com

Matthew Scheck (*pro hac vice*)
300 West 6th St, Suite 2010
Austin, Texas 78701
E-mail: matthewscheck@quinnemanuel.com

*Counsel for Plaintiff*

/s/ *Brett D. Fallon*
Brett D. Fallon (No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
E-mail: brett.fallon@faegredrinker.com

-and-

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

Ty Kelly Cronin (admitted *pro hac vice*)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: 410-862-1049
tykelly@bakerdonelson.com

*Counsel for Defendants*