# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,<br><br>**Debtors.** | Chapter 11<br><br>Case No. 22-11068 (KBO) |
| CLIFTON BAY INVESTMENTS LLC f/k/a ALAMEDA RESEARCH VENTURES LLC,<br><br>**Plaintiff,**<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>**Defendants.** | Adv. Pro. No. 24-50197 (KBO)<br><br>Ref. Adv. D.I. 85 |

## REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S
## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, FBH Corporation and Mr. Jean Chalopin (collectively "**Defendants**") as Defendants in the above-captioned adversary proceeding, by and through undersigned counsel, hereby request that the Court schedule oral argument on the *Plaintiff's Motion for Leave to File Second Amended Complaint* [Adv. D.I. 85] (the "**Motion**").

DMS_US.375721370.1

Dated: February 2, 2026
      Wilmington, Delaware

                                      Respectfully submitted,

                                      FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com

                  - and –

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Ty Kelly Cronin (*pro hac vice*)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: (410) 862-1049
tykelly@bakerdonelson.com

*Attorneys for Defendants*