# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al*.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>FARMINGTON STATE CORPORATION (f/k/a FARMINGTON STATE BANK, d/b/a GENIOME BANK, d/b/a MOONSTONE BANK), FBH CORPORATION, and JEAN CHALOPIN,<br><br>    Defendants. | Adv. Pro. 24-50197 (KBO) |

**NOTICE OF COMPLETION OF BRIEFING REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that briefing is completed with respect to *Plaintiff's Motion for Leave to File Second Amended Complaint* [Adv. D.I. 85] (the "Motion"). The Motion is ready for disposition by the Bankruptcy Court. A list of all relevant pleadings and docket numbers related to the Motion is as follows:

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

| Tab | Pleading | Date Filed | Adv. Docket No. |
|---|---|---|---|
| 1. | Plaintiff's Motion for Leave to File Second Amended Complaint | 1/2/2026 | 85 |
| 2. | Defendants' Opposition to Plaintiff's Motion for Leave to File Second Amended Complaint | 1/16/2026 | 86 |
| 3. | Stipulation Extending Plaintiff's Deadline to File Reply in Further Support of Plaintiff's Motion for Leave to File Second Amended Complaint | 1/20/2026 | 87 |
| 4. | Plaintiff's Reply in Support of Motion for Leave to File Second Amended Complaint | 1/30/2026 | 89 |
| 5. | Request for Oral Argument on Plaintiff's Motion for Leave to File Second Amended Complaint | 2/2/2026 | 90 |

| | |
|---|---|
| Dated: February 6, 2026<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Howard W. Robertson, IV*<br>Adam G. Landis (No. 3407)<br>Richard S. Cobb (No. 3157)<br>Matthew B. McGuire (No. 4366)<br>Howard W. Robertson, IV (No. 6903)<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>E-mail: landis@lrclaw.com<br>cobb@lrclaw.com<br>mcguire@lrclaw.com<br>robertson@lrclaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sascha N. Rand (pro hac vice)<br>Isaac Nesser (pro hac vice)<br>Heather Christenson (pro hac vice)<br>Jingfei Lu (pro hac vice forthcoming)<br>295 Fifth Avenue<br>New York, New York 10016<br>(212) 849-7000<br>Email: sascharand@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br>heatherchristenson@quinnemanuel.com<br>jingfeilu@quinnemanuel.com<br><br>Matthew Scheck (*pro hac vice*)<br>300 West 6th St, Suite 2010<br>Austin, Texas 78701<br>E-mail: matthewscheck@quinnemanuel.com<br><br>*Counsel to the Plaintiff* |