N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*, | Case No. 22-11068 (KBO) |
| **Debtors** | |
| | |
| FTX RECOVERY TRUST, | Adv. Proc. No. 24-50197 (KBO) |
| **Plaintiff,** | |
| FBH CORPORATION | **Ref. Adv. Docket No. 95** |
| **Defendant** | |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**WHEREAS,** on November 8, 2024, the Plaintiff, FTX Recovery Trust ("Plaintiff") filed the initial Complaint [Adv. Docket No. 1] ("Complaint") against the FBH Corporation and Jean Chalopin.  On March 17, 2025, Plaintiff filed the Amended Complaint [Adv. Docket No. 21] ("Amended Complaint").

**WHEREAS**, on November 25, 2025, the Court entered the *Memorandum Order dismissing the Amended Complaint* [Adv. Docket No. 80].  On December 2, 2025, the Court entered the *Amended Memorandum Order dismissing the Amended Complaint* [Adv. Docket No. 83].

**WHEREAS**, on March 6, 2026, the Court entered the *Memorandum Order on Motion to Amend* [Adv. Docket No. 94].

**WHEREAS**, on March 10, 2026, Plaintiff filed the Second Amended Complaint against FBH Corporation ("Defendant") [Adv. Docket No. 95] ("Second Amended Complaint").

1

**WHEREAS**, Plaintiff has agreed to extend the response deadline to the Second Amended Complaint to and including April 21, 2026.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between undersigned counsel for the Plaintiff and undersigned counsel for the Defendant that, without prejudice to further extensions, the date by which the Defendant must respond to the Second Amended Complaint shall be extended to and including April 21, 2026.

March 18, 2026
Wilmington, Delaware

<u>/s/ Howard W. Robertson, IV</u>
**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel: (302) 467-4400
landis@lrclaw.com
cobb@lrclaw.com
mcguire@lrclaw.com
robertson@lrclaw.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
Heather Christenson (*pro hac vice*)
Jingfei Lu (*pro hac vice forthcoming*)
295 Fifth Avenue
New York, NY 10016
Tel: (212) 849-7000
sascharand@quinnemanuel.com
isaacnesser@quinnemanuel.com
heatherchristenson@quinnemanuel.com
jingfeilu@quinnemanuel.com

Matthew Scheck (*pro hac vice*)
300 West 6th St., Suite 2010
Austin, TX 78701
matthewscheck@quinnemanuel.com

*Attorneys for Plaintiff*

<u>/s/ Brett D. Fallon</u>
**FAEGRE DRINKER BIDDLE & REATH LLP**
Brett D. Fallon (Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
919 Market Street, Suite 1800
Wilmington, DE 19801
brett.fallon@faegredrinker.com

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Ty Kelly Cronin (*pro hac vice*)
100 Light Street, 19th Floor
Baltimore, MD 21202
Tel: (410) 862-1049
tykelly@bakerdonelson.com

*Attorneys for Defendant*

DMS_US.376460068.1