**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FTX TRADING LTD., *et al.*,[1] | Case No. 22-11068 (KBO) |
| Debtors. | (Jointly Administered) |
| FTX RECOVERY TRUST, | |
| Plaintiff, | |
| - against - | Adv. Pro. 24-50197 (KBO) |
| FBH CORPORATION, | |
| Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, it is hereby stipulated and agreed, by and among Plaintiff FTX Recovery Trust and Defendant FBH Corporation, by and through their undersigned counsel, that the above-captioned adversary proceeding is dismissed with prejudice, with each party to bear its own costs and attorney fees.

---

[1]   The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. Such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

Dated: June 22, 2026

**LANDIS RATH & COBB LLP**

 /s/ Howard W. Robertson, IV
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
Matthew B. McGuire (No. 4366)
Howard W. Robertson, IV (No. 6903)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
E-mail: landis@lrclaw.com
       cobb@lrclaw.com
       mcguire@lrclaw.com
       robertson@lrclaw.com
-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sascha N. Rand (*pro hac vice*)
Isaac Nesser (*pro hac vice*)
Heather Christenson (*pro hac vice*)
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
Email: sascharand@quinnemanuel.com
       isaacnesser@quinnemanuel.com
       heatherchristenson@quinnemanuel.com

Matthew Scheck (*pro hac vice*)
300 West 6th St, Suite 2010
Austin, Texas 78701
E-mail: matthewscheck@quinnemanuel.com

*Counsel for Plaintiff*

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Brett D. Fallon
Brett D. Fallon (No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
E-mail: brett.fallon@faegredrinker.com

-and-

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

Ty Kelly Cronin (admitted *pro hac vice*)
100 Light Street, 19th Floor
Baltimore, Maryland 21202
Telephone: 410-862-1049
tykelly@bakerdonelson.com

*Counsel for Defendant*

2